United States Bankruptcy Court
Western District of Pennsylvania

In re

PRISCILLA JEAN LARSON,                              Case No. 18-23494-TPA

      Debtor.                                       Chapter 13

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ 3,490.00
Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . .$ 3,490.00
Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $      0.00

2.  The source of the compensation paid to me was: Debtor

3. The source of compensation to be paid to me is:  N/A (paid in full)

4.  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

~~d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

e. possible negotiation of a loan modification for mortgage.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services: Representation of the debtor in adversary proceedings and other contested bankruptcy matters; appeals.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

09/16/2018                                /s/ Joseph E. Hudak
                                          Joseph E. Hudak
                                          Pa.I.D. #45882
                                          P.O. Box 11242
                                          Pittsburgh, PA 15238
                                          (412) 867-8119