United States Bankruptcy Court
Western District of Pennsylvania

In re:                                              Case No. 18-23494-TPA

Priscilla Jean Larson,                              Chapter 13

    Debtor

# CERTIFICATION OF EXIGENT CIRCUMSTANCES

This is filed only to comply with the ECF generated docket deficiencies.

In fact, the Debtor did complete credit counseling.

The Debtor did file Exhibit D.

Attached to the Debtor's Exhibit D was a Certificate of Credit Counseling showing that the Debtor had, in fact, completed credit counseling prior to filing.

I declare under penalty of perjury that the foregoing is true and correct.

09/16/2018                                          /s/ Priscilla Jean Larson, Debtor