IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          Case No. 18-23494-TPA

Priscilla Jean Larson                     Chapter 13

         Debtor.

## DECLARATION FOR ELECTRONIC FILING
## OF BANKRUPTCY PETITION, LISTS, STATEMENTS, AND SCHEDULES

PART I - DECLARATION OF PETITIONER:

       As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the Chapter of Title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I hereby declare under penalty of perjury that the information provided therein is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within seven (7) business days after the petition, lists, statements, and schedules have been filed electronically.

       I am an individual whose debts are primarily consumer debts and who has chosen to file under Chapter 7. I am aware that I may proceed under Chapter 7, 11, 12, or 13 of Title 11, United States Code, understand the relief available under each Chapter, and choose to proceed under Chapter 7.

09/16/2018                                                               /s/ Priscilla Jean Larson, Debtor

PART II - DECLARATION OF ATTORNEY:

       I declare under penalty of perjury that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under Chapter 7, 11, 12, or 13 of Title 11, United States Code, and have explained the relief available under each such chapter.

09/16/2018                                                               /s/ Joseph E. Hudak, Attorney for Debtor