IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                               Case No. 18-23494-TPA

Priscilla Jean Larson                         Chapter 13

         Debtor.

**STATEMENT THAT NO INCOME RECORDS ARE DUE**

As an individual debtor in this case, I hereby state that no income records are due in this matter because I am retired and live on social security and pension income and am not employed.

09/16/2018                                                   /s/ Priscilla Jean Larson, Debtor