FILED
9/20/18 9:01 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 18-23494-TPA |
| PRISCILLA JEAN LARSON, | : | Chapter 13 |
| Debtor. | : | Document No. 38 |
| ---------------------------------------------------- | : | |
| PRISCILLA JEAN LARSON, | : | |
| Movant, | : | |
| v. | : | |
| No Respondents. | : | |
| _____ / | | |

**ORDER OF COURT**

AND NOW, this __20th__ day of _____September_____, 2018, it is hereby ordered that the Debtor is granted an extension of seven (7) days, until Monday, September 24, 2018, to complete the filings at the above number. No further extensions will be granted.

BY THE COURT:

_____
J.                                            jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 18-23494-TPA
Priscilla Jean Larson                                                           Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: culy              Page 1 of 1               Date Rcvd: Sep 20, 2018
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2018.
db             +Priscilla Jean Larson,    705 Freeport Road,    New Kensington, PA 15068-5408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2018                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Select Portfolio Servicing as servicer for U.S. Bank
               N.A., successor trustee to Bank of America, N.A., successor to LaSalle Bank, N.A., as trustee,
               on behalf of the holders of the Washington Mutual Mo bkgroup@kmllawgroup.com
              Joseph Edward Hudak    on behalf of Debtor Priscilla Jean Larson josephhudaklaw@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4