# MINUTES OF CHAPTER 13 § 341 MEETING OF CREDITORS
## AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: **Larson**      JAD/**(TPA)**/CMB/GLT

Case Number: **18-23494**

Date of Meeting: **10/29/18**      Recording # **10**

Debtor(s) present **✓** or Not Present ___ (___No Payments Made or ___ partial payments)
Attorney for debtor(s) **Hudak** (Present **✓** or Not Present ___)
Date of Plan at § 341: **9/24/18** Applicable commitment period **✓** 3yrs ___ 5 yrs

*No payments can't for payment*

[FILED 2018 OCT 31 AM 9:25 CLERK U.S. BANKRUPTCY COURT PITTSBURGH]

___ Meeting HELD and CONCLUDED
**✓** Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD
         ___ Order to Show Cause Requested
         ___ To be rescheduled by Clerk

___ Confirmation Order recommended ___ Final ___ Interim
___ Amended Plan due: _____; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
**✓** Continued to:
     ___ 341 Meeting OR **✓** Conciliation Conf. OR ___ *Contested Hearing
On **12/6/18** at **1:00** am/pm Location _____

_____
Chapter 13 Trustee/Attorney for Trustee