Form 213

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Priscilla Jean Larson**
   Debtor(s)

Bankruptcy Case No.: 18–23494–TPA
Related to Docket No. 73
Chapter: 13
Docket No.: 74 – 73
Concil. Conf.: 5/7/20 at 09:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **March 30, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

    1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

    2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **April 20, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **5/7/20** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: February 12, 2020

cm: All Creditors and Parties In Interest

Thomas P. Agresti, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-23494-TPA
Priscilla Jean Larson                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: lmar                Page 1 of 2          Date Rcvd: Feb 12, 2020
                              Form ID: 213              Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 14, 2020.
db              +Priscilla Jean Larson,    705 Freeport Road,    New Kensington, PA 15068-5408
14909345         Ally Financial,    P.O. Bo,    Bloomington, MN 55438
14909344         Capital One,    P.O. Box 180,    St. Cloud, MN 56302-0180
14937568        +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                  Pittsburgh, PA 15233-1828
14909346        +US Bank, NA,    3815 South West Temple,    Salt Lake City, UT 84115-4412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14921255         E-mail/Text: ally@ebn.phinsolutions.com Feb 13 2020 03:03:14      Ally Financial,
                  PO Box 130424,    Roseville MN 55113-0004
14934199         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 13 2020 03:14:19
                  Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14909342         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 13 2020 03:04:18      Comenity Capital Bank,
                  P.O. Box 183003,    Columbus, OH 43218-3003
14945101         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 13 2020 03:13:26
                  Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14910065        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 13 2020 03:14:17
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14944278         E-mail/Text: bnc-quantum@quantum3group.com Feb 13 2020 03:04:24
                  Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
14944279         E-mail/Text: bnc-quantum@quantum3group.com Feb 13 2020 03:04:24
                  Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                  Kirkland, WA  98083-0788
14909341         E-mail/PDF: gecsedi@recoverycorp.com Feb 13 2020 03:14:12      Synchrony Bank,    P.O. Box 530927,
                  Atlanta, GA 30353-0927
14909343         E-mail/PDF: gecsedi@recoverycorp.com Feb 13 2020 03:13:18      Synchrony Financial,
                  P.O. Box 530927,    Atlanta GA 30353-0927
14948124         E-mail/Text: jennifer.chacon@spservicing.com Feb 13 2020 03:06:39      U.S. Bank N.A.,
                  c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Select Portfolio Servicing as servicer for U.S. Ba
cr               U.S. Bank N.A., successor trustee to Bank of Ameri
cr*             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr*             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                  Pittsburgh, PA 15233-1828
                                                                                   TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2020 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    Select Portfolio Servicing as servicer for U.S. Bank
               N.A., successor trustee to Bank of America, N.A., successor to LaSalle Bank, N.A., as trustee,
               on behalf of the holders of the Washington Mutual Mo bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    U.S. Bank N.A., successor trustee to Bank of America,
               N.A., successor to LaSalle Bank, N.A., as trustee, on behalf of the holders of the Washington
               Mutual Mortgage Pass-Through Certificates, WMALT Ser bkgroup@kmllawgroup.com
              Joseph Edward Hudak    on behalf of Debtor Priscilla Jean Larson josephhudaklaw@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

```
District/off: 0315-2           User: lmar                  Page 2 of 2              Date Rcvd: Feb 12, 2020
                               Form ID: 213                Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 6