Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Priscilla Jean Larson** | : | Case No. 18−23494−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 24th of April, 2020,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 18-23494-TPA
Priscilla Jean Larson                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: lmar           Page 1 of 1              Date Rcvd: Apr 24, 2020
                            Form ID: 309         Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2020.
db          +Priscilla Jean Larson,   705 Freeport Road,   New Kensington, PA 15068-5408
14909345     Ally Financial,   P.O. Bo,   Bloomington, MN 55438
14909344     Capital One,   P.O. Box 180,   St. Cloud, MN 56302-0180
14937568    +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
              Pittsburgh, PA 15233-1828
14909346    +US Bank, NA,   3815 South West Temple,   Salt Lake City, UT 84115-4412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14921255     EDI: GMACFS.COM Apr 25 2020 06:53:00    Ally Financial,   PO Box 130424,
              Roseville MN 55113-0004
14934199     EDI: CAPITALONE.COM Apr 25 2020 06:53:00    Capital One Bank (USA), N.A.,   PO Box 71083,
              Charlotte, NC  28272-1083
14909342     EDI: WFNNB.COM Apr 25 2020 06:53:00    Comenity Capital Bank,   P.O. Box 183003,
              Columbus, OH 43218-3003
14945101     EDI: PRA.COM Apr 25 2020 06:53:00    Portfolio Recovery Associates, LLC,   POB 12914,
              Norfolk VA 23541
14910065    +EDI: PRA.COM Apr 25 2020 06:53:00    PRA Receivables Management, LLC,   PO Box 41021,
              Norfolk, VA 23541-1021
14944278     EDI: Q3G.COM Apr 25 2020 06:53:00    Quantum3 Group LLC as agent for,   Comenity Bank,
              PO Box 788,   Kirkland, WA  98083-0788
14944279     EDI: Q3G.COM Apr 25 2020 06:53:00    Quantum3 Group LLC as agent for,   Comenity Capital Bank,
              PO Box 788,   Kirkland, WA  98083-0788
14909341     EDI: RMSC.COM Apr 25 2020 06:53:00    Synchrony Bank,   P.O. Box 530927,
              Atlanta, GA 30353-0927
14909343     EDI: RMSC.COM Apr 25 2020 06:53:00    Synchrony Financial,   P.O. Box 530927,
              Atlanta GA 30353-0927
14948124     E-mail/Text: jennifer.chacon@spservicing.com Apr 25 2020 03:12:37    U.S. Bank N.A.,
              c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,   Salt Lake City, UT 84165-0250
                                                                                             TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Select Portfolio Servicing as servicer for U.S. Ba
cr           U.S. Bank N.A., successor trustee to Bank of Ameri
cr*         +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
cr*         +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
              Pittsburgh, PA 15233-1828
                                                                                   TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Select Portfolio Servicing as servicer for U.S. Bank
               N.A., successor trustee to Bank of America, N.A., successor to LaSalle Bank, N.A., as trustee,
               on behalf of the holders of the Washington Mutual Mo bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank N.A., successor trustee to Bank of America,
               N.A., successor to LaSalle Bank, N.A., as trustee, on behalf of the holders of the Washington
               Mutual Mortgage Pass-Through Certificates, WMALT Ser bkgroup@kmllawgroup.com
              Joseph Edward Hudak   on behalf of Debtor Priscilla Jean Larson josephhudaklaw@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 6