**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>PRISCILLA JEAN LARSON<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:18-23494 TPA<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/03/2018 and confirmed on 05/03/2019. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 30,144.13 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 30,144.13 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 0.00 | |
| Trustee Fee | 1,250.15 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,250.15 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK NA - TRUSTEE | 0.00 | 23,463.60 | 0.00 | 23,463.60 |
| Acct: 6792 | | | | |
| US BANK NA - TRUSTEE | 83,507.58 | 4,698.50 | 0.00 | 4,698.50 |
| Acct: 6792 | | | | |
| ALLY FINANCIAL(*) | 19,254.00 | 731.88 | 0.00 | 731.88 |
| Acct: 6472 | | | | |
| | | | | 28,893.98 |
| **Priority** | | | | |
| JOSEPH E HUDAK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRISCILLA JEAN LARSON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JOSEPH E HUDAK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| PEOPLES NATURAL GAS CO LLC* | 242.49 | 0.00 | 0.00 | 0.00 |

| 18-23494 TPA | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 2 of 2 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | Acct: 6862 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7515 | | | | |
| | JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC. | 1,947.88 | 0.00 | 0.00 | 0.00 |
| | Acct: 3513 | | | | |
| | QUANTUM3 GROUP LLC - AGENT COMENIT | 1,230.50 | 0.00 | 0.00 | 0.00 |
| | Acct: 8402 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 2,450.99 | 0.00 | 0.00 | 0.00 |
| | Acct: 2115 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 313.27 | 0.00 | 0.00 | 0.00 |
| | Acct: 5469 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENITY | 159.94 | 0.00 | 0.00 | 0.00 |
| | Acct: 8348 | | | | |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | 28,893.98 |
|---|---|---|

TOTAL CLAIMED
PRIORITY              0.00
SECURED         102,761.58
UNSECURED         6.345.07

Date: 06/12/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com